UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself
and all others similarly situated,

Case No.: 1:22-cv-5918

Plaintiff,

-against-

IPPUDO NY, LLC

Defendants.
------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: May 31, 2023

Dated: May 31, 2023

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Barry L. Gerstman
Haworth Barber & Gerstman, LLC
777 Third Ave Ste 2104
New York, NY 10017
212-952-1100
notify@hbandglaw.com
*Attorneys for Defendant*

**So Ordered.**
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 6/15/23